## WILLIAM RUSSELL
v.
## WILLIAM MACOMB

### 1811

#### JOURNAL ENTRIES

1. Judgment . . . . . . . . . . . *Journal, infra,* \*p. 356

#### PAPERS IN S. C. FILE

1. Copy of district court judgment . . . . . . . . . .
2. Citation . . . . . . . . . . . . . .
3. Summons and return . . . . . . . . . . . .

PAPERS IN D. C. FILE

[None]